

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOXCELL CLOUD LLC AND AI VISUALIZE INC.,<br>    Petitioner and Counter - Respondent,<br><br>v.<br><br>DECISION SCIENCES INTERNATIONAL CORPORATION<br>    Respondent and Cross-Claimant. | Case No.:  3:20-CV-00329-JAH (BLM)<br><br>**ORDER GRANTING MOTION FOR TELEPHONIC HEARING (DOC. NO. 21)** |

Pending before the Court is the Petitioner/Counterclaim Respondents, VoXcell Cloud, LLC and AI Visualize Inc. (collectively referred to as "VoXcell"), Motion to Allow Argument By Way of Telephonic Conference. *See* Doc. No. 21. The motion is unopposed. Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. The Parties may participate in oral argument in the July 2, 2020, 1:00 p.m. hearing by way of telephonic conference. Chambers' staff will contact the Parties prior to the hearing date with further instructions relating to the telephone conference.

**IT IS SO ORDERED**

Dated:  June 2, 2020

JOHN A. HOUSTON
United States District Judge

1

20CV00329-JAH (BLM)