UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOXCELL CLOUD, LLC, and AI VISUALIZE INC.,<br><br>                    Petitioners,<br>v.<br><br>DECISION SCIENCES INTERNATIONAL CORPORATION,<br><br>                    Respondent.<br><br>DECISION SCIENCES INTERNATIONAL CORPORATION,<br><br>                    Counter-Claimant,<br>v.<br><br>VOXCELL CLOUD, LLC, and AI VISUALIZE INC.,<br><br>                    Counter-Respondents. | Case No.:  20cv329-JAH (BLM)<br><br>**ORDER VACATING HEARING** |

After a careful review of the Parties' submissions, the Court deems Petitioner/Counter-Respondent VoXcell Cloud, LLC, and AI Visualize Inc.'s Petition for Order Confirming Arbitration Award, (doc. no. 1), and Respondent/Counter-Claimant

Decision Sciences International Corporation's Motion to Vacate Arbitration Award, (doc. no. 5), suitable for adjudication without oral argument. *See* CivLR 7.1 (d.1).

Accordingly, IT IS HEREBY ORDERED the motions are taken under submission without oral argument and the hearing set for July 2, 2020, at 1:00 p.m. is **VACATED**. The Court will issue an order in due course.

**IT IS SO ORDERED.**

DATED: June 24, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE